# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

148633

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMETRIUS ALPHONSO JACKSON,
      Defendant-Appellant.

SC: 148633
COA: 318413
Wayne CC: 09-027874-FH

_____/

      On order of the Court, the application for leave to appeal the December 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

p0922